**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

MELISSA MOLINA,

                Plaintiff,                    19 **CIVIL** 10575 (JCM)

      -v-                                  **JUDGMENT**

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 11, 2020, that the decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         May 13, 2020

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                          Clerk of Court
                                **BY:**
                                                           _____
                                                           Deputy Clerk